**Order entered February 18, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01278-CR

**MIGUEL ALBERTO GUTIERREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 196th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 27,326**

## ORDER

The court reporter initially filed a reporter's record that omitted the exhibits offered at trial. Consequently, on November 21, 2013, we ordered the court reporter to file, within ten days of the date of that order, a supplemental record containing the trial exhibits. On December 4, 2013, the court reporter filed a supplemental record containing some of the exhibits offered at trial. However, the supplemental record did not contain State's exhibit 1A or State's exhibit 21. On January 29, 2014, we ordered the court reporter to file the missing exhibits, which she did. It has come to our attention that State's exhibit 15A, "Suspect Interview," also was not included in the record. Additionally, testimony in the record suggests State's exhibit 13, "copy of year book photos" might be incomplete. Consequently, we **ORDER** the court reporter to file, within **five**

days of the date of this order, a supplemental record containing State's exhibit 15A and any pages from State's exhibit 13 that may have been omitted.

_/Lana Myers/_
LANA MYERS
PRESIDING JUSTICE